GEORGE O. KLOVEN, Plaintiff, v. FORSYTHE EQUIPMENT COMPANY, INC., Respondent, and LEHIGH STRUCTURAL STEEL COMPANY, Appellant.— Appeal by an impleaded defendant from an order granting the motion of the respondent to add the appellant as a party defendant pursuant to section 193, subdivision 2, of the Civil Practice Act, and granting leave to the respondent to serve a " supplemental summons, amended answer and cross-complaint " on the appellant. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.